101 A.3d 1150

In re SUBSTITUTE NOMINATION CERTIFICATE OF Chris ROSS as Republican Candidate for the Pennsylvania House of Representatives in the 158th Legislative District.

Susan Rzucidlo, Richard Hicks, Diane Clayton, Mary Lynne Massi, Judy Porta, and David Unger, Objectors.

Carol Aichele, in her official capacity;  The Pennsylvania Department of State;  James L. Forsythe, in his official capacity;  and Chester County Voter Services Republican Committee of Chester County, Intervenor.

Appeal of Susan Rzucidlo, Richard Hicks, Diane Clayton, Mary Lynne Massi, Judy Porta, and David Unger, Objectors.

Supreme Court of Pennsylvania.

Submitted Oct. 8, 2014.

Decided Oct. 16, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October 2014, the Order of the Commonwealth Court is **AFFIRMED.**